```
                UNITED STATES DISTRICT COURT
                   DISTRICT OF NEW JERSEY
```

-------------------------------x
UNITED STATES OF AMERICA       :   Hon. Mary L. Cooper
                               :
    v.                         :   CR13-156(MLC)
                               :
RANDI BARR                     :   <u>DETENTION ORDER</u>
-------------------------------x

This matter having been opened to the Court on motion of the United States, by Paul J. Fishman, United States Attorney for the District of New Jersey (Cheryl Cucinello, Assistant United States Attorney, appearing), in the presence of Lisa VanHoeck, attorney for defendant Randi Barr, for an order pursuant to Title 18, United States Code, Section 3142(e) to detain defendant without bail pending the trial in the above-entitled matter, and for good cause shown,

IT IS, therefore, on this 28th day of March, 2013, ORDERED, pursuant to Title 18, United States Code, Section 3142, that defendant Barr be committed to the custody of the Attorney General or his authorized representative pending the trial in the above-entitled matter;

IT IS FURTHER ORDERED, pursuant to Title 18, United States Code, Section 3142(i), that defendant Barr be afforded reasonable opportunity for private consultations with counsel;

IT IS FURTHER ORDERED, pursuant to Title 18, United States Code, Section 3142(i), that, upon order of this or any other court of the United States of competent jurisdiction or on request of an attorney for the United States, defendant Barr

shall be delivered to a United States Marshal for the purpose of appearances in connection with court proceedings;

IT IS FURTHER ORDERED that the motion of the United States for an order detaining defendant Barr without bail pending the trial in this matter is hereby granted, and defendant Barr is hereby ordered detained pending the trial in the above-entitled matter.

s/ Mary L. Cooper
HONORABLE MARY L. COOPER
United States District Judge
